**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**PATHWARD, NATIONAL ASSOCIATION,**

Plaintiff,

v.

**DYNAMIC METALS, LLC, GEM CITY METAL TECHNOLOGIES LLC, DYNAMIC INDUSTRIAL GROUP LLC, DENNIS NYSTROM,** and **DONALD NYSTROM,**

Defendants.

Case No. 26-cv-12226-FKB-EAS

Hon. F. Kay Behm

Hon. Magistrate Elizabeth A. Stafford

______________________________________________/

**STIPULATION TO ADJOURNMENT OF HEARING ON PLAINTIFF'S VERIFIED MOTION FOR APPOINTMENT OF RECEIVER**

Plaintiff Pathward, National Association, and Defendants Dennis Nystrom and Donald Nystrom, stipulate to entry of an Order adjourning the October 7, 2026 hearing on Plaintiff's Verified Motion for Appointment of Receiver (ECF No. 11) to a date and time during the week of November 9, 2026 and respectfully request that the Court so adjourn the hearing, subject to the Court's availability. A proposed Order is appended hereto.

Respectfully submitted,

*By: /s/ Doron Yitzchaki*
Doron Yitzchaki (P72044)

DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 623-1947
dyitzchaki@dwlaw.com
*Attorneys for Plaintiff*

By: /s/ Dennis H. Nystrom
Dennis H. Nystrom

By: /s/ Brandon J. Wilson
Nick Gorga (P72297)
Brandon J. Wilson (P73042)
HONIGMAN LLP
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7616
ngorga@honigman.com
bwilson@honigman.com
*Attorneys for Defendant*
*Donald Nystrom*

Dated: October 6, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**PATHWARD, NATIONAL ASSOCIATION,**

Plaintiff,

v.

**DYNAMIC METALS, LLC, GEM CITY METAL TECHNOLOGIES LLC, DYNAMIC INDUSTRIAL GROUP LLC, DENNIS NYSTROM,** and **DONALD NYSTROM,**

Defendants.

Case No. 26-cv-12226-FKB-EAS

Hon. F. Kay Behm

Hon. Magistrate Elizabeth A. Stafford

____________________________________________________________/

**ORDER ADJOURNING HEARING ON PLAINTIFF'S VERIFIED MOTION FOR APPOINTMENT OF RECEIVER**

Based upon the stipulation of Plaintiff Pathward, National Association, and Defendants Dennis Nystrom and Donald Nystrom, to an adjournment of the October 7, 2026 hearing on Plaintiff's Verified Motion for Appointment of Receiver (ECF No. 11), the Court hereby adjourns the hearing to November 18, 2026 at 10:00 A.M. via zoom.

**SO ORDERED.**

Dated: October 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge