**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **PATHWARD, NATIONAL ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**DYNAMIC METALS, LLC, GEM CITY METAL TECHNOLOGIES LLC, DYNAMIC INDUSTRIAL GROUP LLC, DENNIS NYSTROM, and DONALD NYSTROM,**<br><br>Defendants. | Case No. 26-cv-12226-FKB-EAS<br><br>Hon. F. Kay Behm<br><br>Hon. Magistrate Elizabeth A. Stafford |

**ORDER GRANTING GE AEROSPACE DELAWARE II, LLC'S MOTION TO SUBSTITUTE PLAINTIFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(C) AND AMEND CASE CAPTION**

THIS MATTER having come before the Court upon *GE Aerospace Delaware II, LLC's Motion to Substitute Plaintiff Pursuant to Federal Rule of Civil Procedure 25(c) and Amend Case Caption* (the "Motion") of GE Aerospace Delaware II, LLC ("Delaware") for entry of an order pursuant to Rule 25(c) of the Federal Rules of Civil Procedure authorizing (a) the substitution of Delaware for Pathward, National Association ("Pathward") as the plaintiff in this action and (b) amending the caption of this action to reflect the substitution of Delaware for Pathward as plaintiff; and

notice of the Motion and opportunity for a hearing on the Motion being appropriate under the circumstances such that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, the Court having determined that the relief granted herein is necessary and appropriate; the Court **HEREBY ORDERS**:

1. The Motion is GRANTED as provided herein.

2. Delaware is substituted for Pathward as plaintiff in this action, and Delaware shall proceed as the sole plaintiff.

3. The Clerk of the Court is directed to amend the caption of this action to substitute Delaware for Pathward as plaintiff.

4. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

**Consented To and Agreed Upon**
**by Pathward, National Association**

*By: /s/ Doron Yitzchaki*
Doron Yitzchaki (P72044)
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 623-1947
dyitzchaki@dwlaw.com
*Counsel for Pathward, National Association*

**SO ORDERED.**

Dated: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge