**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **PATHWARD, NATIONAL ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**DYNAMIC METALS, LLC, GEM CITY METAL TECHNOLOGIES LLC, DYNAMIC INDUSTRIAL GROUP LLC, DENNIS NYSTROM, and DONALD NYSTROM,**<br><br>Defendants. | Case No. 26-cv-12226-FKB-EAS<br><br>Hon. F. Kay Behm<br><br>Hon. Magistrate Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S *UNOPPOSED***
**MOTION TO STRIKE DENNIS NYSTROM'S JURY DEMAND**

THIS MATTER having come before the Court upon *Plaintiff's* Unopposed *Motion to Strike Dennis Nystrom's Jury Demand* (the "Motion") of Pathward, National Association ("Pathward"), substituted by GE Aerospace Delaware II, LLC ("Delaware"), for entry of an order striking Dennis Nystrom's ("Mr. Nystrom") jury demand in Mr. Nystrom's *Defendants' Answer to Plaintiff's First Amended Complaint and Demand for Jury* [Docket No. 22] (the "Answer"); and notice of the Motion and opportunity for a hearing on the Motion being appropriate under the circumstances such that no other or further notice need be given; and after due

deliberation and sufficient cause appearing therefor, the Court having determined that the relief granted herein is necessary and appropriate; the Court **HEREBY ORDERS**:

1. The Motion is GRANTED as provided herein.

2. The demand for a jury trial in Mr. Nystrom's Answer, which states that "Defendants demand a trial by jury," is STRICKEN.

3. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

**SO ORDERED.**

Dated: November 19, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge